IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEATRICE CICALA,<br><br>        *Plaintiff*,<br><br>v.<br><br>TRANS UNION, LLC, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 15-6790 |
| JOSEPH CICALA,<br><br>        *Plaintiff*,<br><br>v.<br><br>TRANS UNION, LLC, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 15-6801 |

## ORDER

**AND NOW**, this 9th day of May, 2016, upon consideration of EverHome Mortgage Company's ("EverHome") Motion to Dismiss (ECF Nos. 28–29) and Beatrice and Joseph Cicala's ("the Cicalas") Response (ECF No. 30), it is **ORDERED** that:

1. the motion is **GRANTED** in part and **DENIED** in part;

2. the Cicalas' complaints, insofar as they allege violations of 15 U.S.C. Section 1681s–2(a) and defamation of character, are **DISMISSED** with prejudice; and

3. the remainder of EverHome's motion is **DENIED**.

                                                      BY THE COURT:

                                                      */s/ Gerald J. Pappert*
                                                      GERALD J. PAPPERT, J.